OPINION — AG — UNDER THE PROVISIONS OF SENATE BILL NO. 249 SECT 2 SUBSECT 4, THIRTY-SIXTH LEG., TO BE CODIFIED AS 70 O.S. 1977 Supp. 6-102.2 [70-6-102.2], A TEACHING PRINCIPAL MAY CONDUCT TEACHER EVALUATIONS IF SUCH TEACHING PRINCIPAL BE SO DESIGNATED BY THE LOCAL BOARD OF EDUCATION. CITE: 70 O.S. 1976 Supp. 1-116 [70-1-116], 70 O.S. 1971 6-108 [70-6-108], 70 O.S. 1971 6-109 [70-6-109], 70 O.S. 1977 Supp. 6-103.2 [70-6-103.2], (R. THOMAS LAY)